IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

FLAGLER COUNTY LAND TRUST
#07-11-31-0310-00020-0940,

      Appellant,

v.

      Case No. 5D21-2536
      LT Case No. 2018-CA-000456

BAYVIEW LOAN SERVICING, LLC, TERRA
MAR PROPERTY MANAGEMENT, LLC, AS
SUCCESSOR TRUSTEE TO NOISUFNOC,
LLC, AS TRUSTEE ONLY; 49 SUMMERWIND
CIRCLE LAND TRUST AND ARBOR TRACE
AT PALM COAST CONDOMINIUM,

      Appellees.
_____/

Decision filed December 27, 2022

Appeal from the Circuit Court
for Flagler County,
Terence R. Perkins, Judge.

Henry G. Gyden, of Gyden Law Group, P.A.,
Tampa, for Appellant.

Joseph Gerard Paggi, III, of Deluca Law Group,
PLLC, Fort Lauderdale, for Appellee, Bayview
Loan Servicing, LLC.

No Appearance for Remaining Appellees.

PER CURIAM.

      AFFIRMED.

WALLIS, EDWARDS and EISNAUGLE, JJ., concur.